# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL WILLIAMS                                                      PLAINTIFF

v.                          5:19CV00040-JM-JTK

PATRICA SNYDER                                                  DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of March, 2019.

                                                       _____
                                                       JAMES M. MOODY, JR.
                                                       UNITED STATES DISTRICT JUDGE